# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division



## JUDGMENT IN A CIVIL CASE

MARK WALKER,

v.

CORRECTIONS CORPORATION  
OF AMERICA, ET AL.,

CASE NUMBER:   1:05-1124-T/An

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 7/14/2005, this case is hereby DISMISSED without prejudice , pursuant to 42 U.S.C. § 1997 e(a). It is also CERTIFIED that any Appeal by plaintiff is not taken in good faith.

APPROVED:

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD
CLERK

DATE: 7/19/05      BY: _C. Head_
                        DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7/20/05.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 1:05-CV-01124 was distributed by fax, mail, or direct printing on July 20, 2005 to the parties listed.

---

Mark Walker
HCCF
292656
P.O. Box 549
Whiteville, TN 38075

Honorable James Todd
US DISTRICT COURT